989 F.2d 495
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
UNITED STATES of America, Plaintiff-Appellee,
v.
Stephen Lorraine BOWLES, Defendant-Appellant.
 No. 93-6082.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: March 1, 1993
Decided: March 26, 1993
 
 Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Graham C. Mullen, District Judge. (CR-91-1-ST-CR-MU)
 Stephen Lorraine Bowles, Appellant Pro Se.
 Kenneth Davis Bell, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.
 W.D.N.C.
 AFFIRMED.
 Before WIDENER, HAMILTON, and WILLIAMS, Circuit Judges.
 PER CURIAM:
 
 OPINION
 
 1
 Stephen Lorraine Bowles appeals from the district court's order that denied his motion for modification of his sentence under 18 U.S.C. § 3582(c)(2)(1988). Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. United States v. Bowles, No. CR-91-1-ST-CR-MU (W.D.N.C. Dec. 7, 1992). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED